# United States Court of Appeals
## For The District of Columbia Circuit

**No. 18-5352**  **September Term, 2018**

1:16-cv-02403-RC

Filed On: July 9, 2019 [1796414]

Yolanda Bell,

    Appellant

v.

United States Department of Defense,

    Appellee

### M A N D A T E

In accordance with the order of May 17, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/
                                 Ken R. Meadows
                                 Deputy Clerk

Link to the order filed May 17, 2019